

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 16 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

IN THE MATTER OF THE SEARCH OF  )
THE PREMISES KNOWN AS           )   2:14-mj-427-GWF
INCORPORATE IN NEVADA, LLC AT 415 )
S. 6TH STREET, SUITE 310, LAS VEGAS, )   MOTION TO UNSEAL
NEVADA                          )

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, and respectfully moves this Court to unseal the Application and Order for purposes of discovery in the above-captioned matter.

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED: July 16, 2014

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

[signature]

NICHOLAS D. DICKINSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

IN THE MATTER OF THE SEARCH OF )
THE PREMISES KNOWN AS )  2:14-mj-427-GWF
INCORPORATE IN NEVADA, LLC AT 415 )
S. 6TH STREET, SUITE 310, LAS VEGAS, )  ORDER TO UNSEAL
NEVADA )

Based on Government's Application for an Order to Unseal the Application and Order issued in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the above captioned case be unsealed.

DATED this 17th day of July, 2014.

*George Foley Jr.*
United States Magistrate Judge